## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT COLUMBUS

In the Matter of:

| | |
|---|---|
| LISA DIANE POLK | Case No. 14-50822 |
| | Judge C. Kathryn Preston |
| | Chapter 13 |
| Debtor(s) | |

LISA DIANE POLK

    Debtor/Plaintiff

Adv. Case No. 19-2073

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.

    Defendant(s)

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT NELNET

Debtor/Plaintiff Lisa Polk hereby withdraws *Plaintiff's Motion for Default Judgment* filed on February 10, 2020 (Doc. 15) **as to Defendant Nelnet, Inc.** Defendant has reached out to Plaintiff through newly-retained counsel for Defendant as of March 10, 2020.

    Respectfully Submitted,

    /s/Brian D. Flick, Esq
    Marc E. Dann (0039425)
    Brian D. Flick (0081605)
    DannLaw
    P.O. Box. 6031040
    Cleveland, Ohio 44103
    (216) 373-0539
    (216) 373-0536 fax
    notices@dannlaw.com
    *Attorney for Debtor Lisa Polk*

Document      Page 2 of 3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Plaintiff's Notice of Withdrawal of Document* was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on March 10, 2020 addressed to:

Lisa Polk
527 Sixth St.
Marietta, OH 45750

Department of Education
50 Beale Street
San Francisco, CA 94105

United States Department of Education
c/o Betsy Devos, Secretary
400 Maryland Avenue, SW
Washington, DC 20202

United States Department of Education
c/o William Barr, United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

United States Department of Education,
c/o United States Attorney General,
United States Department of Justice,
Attn: Civil Process Clerk
950 Pennsylvania Avenue NW
Washington DC 20530-0001

United States Department of Education,
c/o David DeVillers, U.S. Attorney, Southern District of Ohio
U.S. Attorney's Office,
303 Marconi Boulevard, Suite 200,
Columbus, OH 43215

Nelnet
c/o Jeffrey R. Noordhoek, C.E.O.
121 S. 13th Street
Lincoln, NE 68508

Nelnet, Inc.
c/o CT Corporation Systems, Registered Agent
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

Marc P. Jerabek, Esq.
Plunkett Cooney
38505 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
*Counsel for Nelnet, Inc.*

                                              <u>/s/ Brian D. Flick, Esq.</u>
                                              Brian D. Flick (0081605)
                                              DANNLAW
                                              *Attorney for Debtor(s)*