# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT COLUMBUS

In the Matter of:

   LISA DIANE POLK          Case No. 14-50822
                   Judge C. Kathryn Preston
                   Chapter 13

   Debtor(s)

LISA DIANE POLK
                   Adv. Case No. 19-2073
   Debtor/Plaintiff

v.

UNITED STATES DEPARTMENT OF
EDUCATION, et al.

   Defendant(s)

## PLAINTIFF'S NOTICE OF DISMISSAL OF ADVERSARY COMPLAINT AGAINST DEFENDANT NELNET, INC.

Debtor/Plaintiff Lisa Polk hereby dismisses her Adversary Complaint (Doc. 1) filed against Defendant Nelnet, Inc. pursuant to Fed. Bankr. R. 7041 and Civ. R. 41(a)(1)(A)(i).

              Respectfully Submitted,

              <u>/s/Brian D. Flick, Esq</u>
              Marc E. Dann (0039425)
              Brian D. Flick (0081605)
              DannLaw
              P.O. Box. 6031040
              Cleveland, Ohio 44103
              (216) 373-0539
              (216) 373-0536 fax
              notices@dannlaw.com
              *Attorney for Debtor Lisa Polk*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Plaintiff's Notice of Dismissal* was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on April 30, 2020 addressed to:

Lisa Polk
527 Sixth St.
Marietta, OH 45750

/s/ Brian D. Flick, Esq.
Brian D. Flick (0081605)
DANNLAW
*Attorney for Debtor(s)*